Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 03 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

__Phoenix_____ Division

Christopher Thomas Cool

)
)
)
)
)
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

Agua Fria Union High School District #216

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __CV22-00334-PHX-MTM__
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Thomas Cool |
| Street Address | 14895 W. Luna Dr. N |
| City and County | Litchfield Park |
| State and Zip Code | AZ. 85340 |
| Telephone Number | 6232568870 |
| E-mail Address | ctcool94@msn.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Agua Fria Union High School District
- Job or Title *(if known)*:
- Street Address: 1481 N. Eliseo Felix Jr. Way
- City and County: Avondale
- State and Zip Code: Az. 85323
- Telephone Number: (623) 932-7000
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Agua Fria Union High School District |
| Street Address | 1481 N. Eliseo Felix Jr. Way |
| City and County | Avondale Maricopa |
| State and Zip Code | Az. 85323 |
| Telephone Number | (623) 932-7000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [✓] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [✓] Other acts *(specify)*: Made racists comments towards myself "White Savior/White Privil

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
July 30, 2020, August 1st 2020, August 4th 2020, January 10th 2021, January 20th 2021

C. I believe that defendant(s) *(check one)*:
- [✓] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [✓] race — Non African-American
- [✓] color — White
- [✓] gender/sex — Male
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See Attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
November 7, 2020, August 18, 2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 12/08/2021 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff   Christopher Thomas Cool

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

EEOC Form 161 (11/2020)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Christopher Cool**
**14895 W Luna Drive N**
**Litchfield Park, AZ 85340**

From: **Phoenix District Office**
**3300 North Central Ave**
**Suite 690**
**Phoenix, AZ 85012**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 35A-2021-00148 | **Robin Campbell,** State, Local & Tribal Program Manager | **(602) 661-0041** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**Elizabeth Cadle,**
**District Director**

December 8, 2021
*(Date Issued)*

Enclosures(s)

cc:

**HR Director**
**Agua Fria High School District**
**1481 N Eliseo Felix Jr. Way**
**Avondale, AZ 85323**



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

CIVIL LITIGATION DIVISION
DIVISION OF CIVIL RIGHTS SECTION

**NOTICE OF RIGHT TO SUE**

MARK BRNOVICH
ATTORNEY GENERAL

REBEKAH BROWDER
CHIEF COUNSEL

Christopher Cool
c/o Michael Boreale Esq.
177 N. Church Avenue, Suite 1100
Tucson, AZ 85701

   _Christopher Cool_  v.  _Agua Fria Union High School District #216_

CRD No.: CRD-2021-0806    EEOC No.: 35A-2021-00472

On 08/18/2021, you filed a charge with the Division of Civil Rights Section alleging employment discrimination. Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place. Should you decide to file a civil action, you must do so **within 90 days** of the date you receive this Notice or **within one year** of the date you filed the charge, **whichever comes first**. A.R.S. 41-1481(D.)

This Notice of Right to Sue letter is being issued because:

  Charging Party has submitted a written request for a Notice of Right to Sue, letter.

If you have any questions concerning this notice, please contact us at 602-542-5263 or toll free at 1-877-491-5742. If you need legal assistance, you should seek the advice of an attorney.

BY:

_Stephen Scott, Compliance Manager_

Sent by regular mail this 14th day of December 2021

**NATURE OF THE CASE**

Plaintiff seeks damages for employment discrimination on the basis of Race, non-African American, color, white skin, sex, male, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**JURISDICTION AND VENUE**

This Court has original subject matter jurisdiction over the Federal claim in this action pursuant to 28 U.S.C. § 1331 because of the Federal question presented by virtue of the fact that Plaintiff is bringing a claim for a violation of Title VII of the Civil Rights Act of 1964, as amended.

**STATEMENT OF FACTS**

1. On or about 2017 Mr. Cool began his employment with the defendant Agua Fria Union High School District as a special education teacher. Mr. Cool's supervisor is Philip Nowlin, Principal of Canyon View High School. Mr. Cool has over 16 years' experience as a special education teacher and 13 years with the AFUSD. Mr. Cool has consistently received high marks on his evaluations as observed by the school administration. Mr. Cool has held leadership positions with the AFUSD and received many recommendation letters from administrators with in the district.

2. On or about July 30th, 2020, Mr. Cool attended a mandatory faculty training CRT (Culturally Responsive Teaching), that lasted approximately 2 hours. During that training Principal Philip Nowlin, an African American male, subjected Mr. Cool to several racist comments negatively referring to white men like him as white savior, white privilege, and male privilege. He made jokes and belittled white people referring to them as having the

mindset towards black people "Only we can save you from yourselves" which Mr. Cool believes was offensive and racist. Mr. Nowlin singled Mr. Cool out as a White Savior as defined by Defendants as: "***White Savor: white savior, sometimes combined with savior complex to write white savior complex, refers to a white person who provides help to non-white people in a self-serving manner.***" knowing Mr. Cool has historically worked in schools with a high population of students of color. Mr. Cool is one of the few white male teachers who has worked in school populations with over 95% students of color. Mr. Nowlin was aware of Mr. Cool's teaching background since he had reviewed his Resume and interviewed Mr. Cool prior to the CRT training.

The Defendant also subjected Mr. Cool to the term "***Priviledge:*** *A right that only some people have access or availability to because of their social group memberships, people who are part of the group in power (white/anglo saxon people with respect to people of color, men with respect to women, heterosexuals with respect to homosexuals, adult with children, and rich people with respect to the poor) often deny they have privilege even when evidence of differential benefit is obvious.*" This term was shared with the faculty at Canyon View High School and all AFUSD administration. Due to Mr. Cool's skin color, white and sex, male, the defendant makes the discriminatory assumption that Mr. Cool has benefited throughout his life. To the contrary, this placed Mr. Cool at a disadvantage with his coworkers and future promotions within the district. As he was outcasted as someone who was privileged because of the color of his skin, white, sex, male, which are attributes he was born with and has no control over and protected by, Title VII of the Civil Rights

Act of 1964, as amended.

3. On or about August 1. 2020 two days after the faculty training, Defendant's hiring board that included Principal Phillip Nowlin, who previously made racists comments regarding white men like Mr. Cool, as "**White Savior**" "**White privileged**" and "**Male Prividged**" interviewed Mr. Cool for the department chair "**Teacher on Special Assignment TOSA**" position that the defendant sought applicants and that Mr. Cool applied for this position; however, on about August 2, 2020, Defendant promoted an African American female, who had significantly less experience than Mr. Cool. Mr. Nowlin was aware of Mr. Cool's background of working in schools with 95% of the student population were students of color. Two days prior to the interview Mr. Nowlin made disparaging remarks using the term "White Savior" and joked about white teachers working in schools with a majority of students were students of color.

4. On or about August 4th, 2020, Mr. Cool filed a complaint regarding discrimination to the Defendants Human Resource Director Sheila Sorenson. Nothing was done about his complaint and Ms. Sorenson said that was the direction the district was going. Things worsened through retaliation and a hostile work environment.

5. Mr. Cool alleges that due to his race, non-African American, his color, white skin, sex, male and but for having complained of discrimination, Defendant would not have subjected him to different terms and conditions of employment, a hostile intimidation work environment and the Defendant would not have failed to promote him.

6. On Sunday December 13th 2020, Mr. Nowlin attached an article for all staff to read via

email to all staff. The article titled "NASSP Equity Position Statement" A quote from the article *"Schools have perpetuated systemic racism for decades through both overt aggressive racism and through microaggressions—such as words and language used by <u>white educators</u> that denigrate students and staff of color, discriminatory language or violent practices, and tolerance of actions by other students and/or their family members."*

Again, this quote is singling Mr. Cool out by his race as a "white educator" as being racist towards students and staff of color. This placed Mr. Cool in an uncomfortable position with his coworkers, as the defendant left out there the assumption, since Mr. Cool was a white educator, he was a racist.

7. On November 7th, 2021, Mr. Cool filed a complaint with the EEOC outlining the concerns stated above. After the filing of the complaint the Defendant retaliated against him on numerous occasions creating a hostile work environment.

### Retaliation

8. On or about January 10th the AFUHSD posted a job opening at another school (Verrado HS) for the same job Mr. Cool had previously applied for *"Teacher on Special Assignment TOSA"*. They knowingly and significantly changed the job qualifications to exclude Mr. Cool. The new qualification required the applicant to have a *"Principal's Certificate"* and *"Training as a Qualified Evaluator"*. Since Mr. Cool did not qualify, he did not apply; however, on 1/19/2021 they hired a person, for that job, that person did not have a principal certification. That person did not fall under the defendant's definition of *"male privileged"* as Mr. Cool did. These new job qualifications had never been used prior to Mr. Cool's

4

EEOC complaint.

9. On or about January 20th, 2021 the Defendant posted another job "Teacher on Special Assignment" for (Desert Edge HS). They knowingly and significantly changed the job qualifications to exclude Mr. Cool. The new qualification required the applicant to have a "*Principal's Certificate*", "*Training as a Qualified Evaluator*" and "*minimum 3 year's successful classroom teaching experience in the AFUHSD*".

10. On January 21, 2021, Mr. Cool was messaged by Patrick Becker Special Education Director for the AFUHSD. (Who Mr. Cool Believes also attended the CRT training) Patrick Becker is a direct supervisor to whomever is hired as a TOSA, the position Mr. Cool was trying to obtain. Mr. Cool told him he was looking for a leadership position; and commented that "*our district is now requiring an admin certificate*" for the TOSA position. Mr. Becker responded, "*That is the direction we have been going*". That statement excluded Mr. Cool from applying for the TOSA position.

11. On 2/8/2021 the Defendant hired a person who does not have a principal certification, unknown training as a qualified evaluator. This teacher also shows an AFUHSD hire date of 7/2018 which would not meet the requirements of 3 years teaching with in the district. This teacher did not fall under the defendant's definition of "*Male Privilege*" as Mr. Cool did. This was all contrary to the job description set out by the school board, human resources and what Mr. Becker told Mr. Cool preventing him from applying. The district has never required those qualifications prior to Mr. Cool's complaint to the EEOC

12. On February 17th, 2021, the Defendant organized a group that meets during hours of employment, on campus and using district equipment, that showed racism towards Mr.

5

Cool, a white male. The groups name *"Building Anti-Racist White Educators (BAWRE)"*. In the groups mission statement, it singles out white educators as *"White Supremacists"* and it states you cannot discriminate against a *"White Person"*. The group meets frequently and discusses topics that are racist towards white men such as Mr. Cool.

13. On March 29th, 2021, The Defendant required Mr. Cool and all Canyon View advisory teachers to teach a lesson on Implicit Bias to approx., 25 students. The lesson had a PowerPoint in which it states, "*Think that if you are anyone, to be blunt, that is not a white male, you potentially feel that implicit bias.*" As a white male Mr. Cool felt this was a racist statement and it altered his student's, coworkers, school and district administrators' perception of him due to the color of his skin, white and being a male.

14. On December 8th, 2021, Mr. Cool received a Right to Sue letter from the EEOC for the discrimination charges. EEOC #35A-2021-00148

15. On December 14th, 2021, Mr. Cool received a Right to Sue letter for the retaliation charge. EEOC #35A-2021-00472

## **RELIEF SOUGHT**

WHEREFORE, Plaintiff Christopher Cool requests judgment against Defendant AFUSD awarding him the following:

(a) For all damages as permitted by law including but not limited to front and back

6

pay damages, emotional distress damages, liquidated damages, statutory damages, and any other damages allowed by law.

(b) Attorneys' fees and costs incurred in this lawsuit; and

(c) Any other equitable relief this Court deems appropriate and just.

Respectfully Submitted on    3/3/2022

By Christopher T. Cool

_____